NICOLA T. HANNA
United States Attorney

BHAVNA CHANGRANI
Trial Attorney
New York Bar No. 4297081
U.S. Department of Justice Environment &
Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 305-0304
Facsimile: (202) 353-7763
bhavna.changrani@usdoj.gov

Attorneys for Plaintiff
United States of America

cc: Fiscal

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>    v.<br><br>10 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; and LUIS A. OMANA AND VIRGINIA P. OMANA, TRUSTEES OF THE OMANA REVOCABLE TRUST, et al.,<br><br>    DEFENDANTS. | Case No. 5:19-CV-00811-JGB-SHKx<br><br>**STIPULATED JUST COMPENSATION & FINAL JUDGMENT** |

Plaintiff United States of America and Defendants Luis A. Omana and Virginia P. Omana, Trustees of the Omana Revocable Trust ("Defendants") hereby agree and stipulate, and the Court hereby **ORDERS, ADJUDGES, AND DECREES** as follows:

1. On or about April 30, 2019, the United States filed a Complaint in Condemnation (Dkt. 1) and a Declaration of Taking (Dkt. 3) in this eminent domain proceeding.

2. The Declaration of Taking provides for the United States acquiring a fee simple interest in certain land in San Bernardino County, California, as described in the Declaration of Taking (hereafter, the "Subject Property").

3. On or about July 12, 2019, the United States deposited $4,000.00 with the Court as an estimate of just compensation for the taking of the Subject Property (Dkt. 16). At the time of the deposit, title to the Subject Property, to the extent set forth in the Declaration of Taking, vested in the United States by operation of law. 40 U.S.C. § 3114(b).

4. Defendants were the record owner of the Subject Property immediately prior to the deposit with the Court of the United States' estimate of just compensation.

5. Defendants have not requested to withdraw any portion of the deposit during the pendency of this action. Accordingly, the full deposited amount of $4,000.00, plus any applicable earned interest, remains in the Court's registry.

6. Defendant San Bernardino County has disclaimed any interest in the proceeds of this case and has requested that no further pleadings be served upon it. Dkt. 11.

7. In order to settle this condemnation action, the parties agree that the just compensation payable by the United States for the taking of the Subject Property as described in the Declaration of Taking, together with all improvements thereon and appurtenances thereunto belonging, shall be the sum of $13,000.00 inclusive of interest, attorneys' fees, and costs.

8. **JUDGMENT** shall be, and is hereby, entered against the United States in the amount of $13,000.00.

9. The deficiency between the agreed settlement amount ($13,000.00) and the previously deposited amount ($4,000.00) is $9,000.00.

10. The United States shall pay into the Registry of the Court, and the Clerk is hereby directed to accept, the deficiency amount of $9,000.00.

11. The said sum of $13,000.00 shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the Subject

Property and estates described in the Declaration of Taking filed herein, together with all improvements thereon and appurtenances thereunto belonging.

12. The said sum of $13,000.00 shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the Subject Property at the time of vesting of title thereto in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from said sum.

13. Defendants warrant that they have the exclusive right to compensation herein and that no other person or entity is entitled to the same or any part thereof. In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Subject Property taken in this case, Defendants shall refund into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the deposit by Defendants to the date of repayment into the Registry of the Court.

14. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

15. Upon the United States depositing the deficiency amount of $9,000.00 into the Registry of the Court, the Clerk of the Court shall, without further order of

this Court, disburse the total deposited amount of $13,000.00, together with any interest earned thereon while on deposit, by issuing a check payable to Luis A. Omana and Virginia P. Omana, Trustees of the Omana Revocable Trust and mailing the check to:

>    Luis A. Omana
>    Virginia P. Omana
>    Trustees of the Omana Revocable Trust
>    12525 Doral St.
>    El Monte, CA 91742-4336

16. Following disbursement of funds to Defendants as described in paragraph 15 above, this case shall be CLOSED.

17. This Stipulated Final Judgment may be signed in counterparts.

**IT IS SO ORDERED:**

Dated this 21st day of January, 2020

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**

**THE UNDERSIGNED STIPULATE THAT THEY CONSENT TO THE ENTRY OF THE PRECEDING FINAL JUDGMENT:**

ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA:

/s/ Bhavna Changrani              Dated: 11/18/2019

BHAVNA CHANGRANI
Trial Attorney
New York Bar No. 4297081
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C. 20044
Telephone: (202) 305-0304
Facsimile: (202) 353-7763
bhavna.changrani@usdoj.gov

ON BEHALF OF DEFENDANTS:

/s/ *L.A.Omana*_____ Dated: 11/26/2019
Luis A. Omana
Trustee of the Omana Revocable Trust


/s/ *V.P.Omana*_____ Dated: 11/26/2019
Virginia P. Omana
Trustee of the Omana Revocable Trust